### Alexander STECK (Deceased), Suzanne Steck, et al., Claimants/Appellants,

v.

### BONDTIGHT ROOFING COMPANY, Employer/Respondent.

No. 61218.

Missouri Court of Appeals, Eastern District, Division One.

June 30, 1992.

Todd A. Baker, Davidson, Schlueter, Mandel & Mandel, St. Louis, for claimants/appellants.

Michael A. Shaughnessy, Jr., Reithmann & Valentine, St. Louis, for employer/respondent.

### ORDER

PER CURIAM.

Claimants appeal from a final award by the Labor and Industrial Relations Commission, denying workers' compensation

**28**

death benefits to claimants. We affirm. The findings and conclusions of the Commission are supported by the evidence, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).